# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PEDRO RAFAEL DUQUE,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,

Respondents.

Case No.: 26cv5108 DMS (JLB)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. In their Response to the Petition, Respondents acknowledge Petitioner is detained under 8 U.S.C. § 1226, and therefore they do not oppose an order directing a bond hearing. Respondents do not address, however, Petitioner's claims surrounding his re-detention and his request for release.

Given the allegations in the Petition and the claims raised therein, the Court finds the proper remedy here is release, not a bond hearing. *See Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7 at 2-3. Accordingly, Respondents shall release Petitioner from custody forthwith, and shall not re-detain him without first providing a pre-

deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Hon. Dana M. Sabraw
United States District Judge